EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00139 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [49 U.S.C. §46504] |
| PORASTUS CHANDA SRI DISSANAYAKE, | ) | |
| Defendant. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2003

at ____ o'clock and ____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

INDICTMENT

[49 U.S.C. §46504]

The Grand Jury charges:

That on or about March 14, 2003, in the Special Aircraft Jurisdiction of the United States, that is, Philippines Airlines Flight #PR103, from Los Angeles, California, to Honolulu, Hawaii, and outside the jurisdiction of any particular

State or District, PORASTUS CHANDA SRI DISSANAYAKE, the defendant, did assault and intimidate a flight attendant thereby interfering with the performance of said flight attendant's official duties and lessening the ability of the attendant to perform his said duties.

All in violation of Title 49, United States Code, Section 46504.

DATED:  Honolulu, Hawaii, _____MAR 2 7 2003_____.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

UNITED STATES vs. PORASTUS CHANDA SRI DISSANAYAKE
Cr. No. _____
"Indictment"